# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GAYLE OVERTON, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-00491-KD-C |
| | ) |
| WYETH, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 15, 2011 is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss (Doc. 50) is **GRANTED** and all of the Plaintiff's claims against Defendants Wyeth LLC, Wyeth Pharmaceuticals Inc., and Pfizer, Inc. are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **7th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**