# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GAYLE OVERTON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 10-00491-KD-C |
| ) | |
| NORTHSTAR RX, LLC, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff Gayle Overton and Defendant Northstar Rx, LLC's' "Joint Stipulation of [Voluntary] Dismissal Without Prejudice" of this lawsuit pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 64).

Because the aforementioned parties jointly and voluntarily filed a Stipulation of Dismissal, which is signed by counsel for said parties, the Court construes the dismissal as one filed pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that all of Plaintiff Gayle Overton's claims against Defendant Northstar Rx, LLC's are hereby **DISMISSED without prejudice.**

Each party shall bear her or its own costs.

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining Defendant Schwarz Pharma, Inc.

**DONE** and **ORDERED** this the **1st** day of **August 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**