IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GAYLE OVERTON,        ) | |
|     Plaintiff,        ) | |
|         ) | |
| v.        ) | CIVIL ACTION NO.: 10-00491-KD-C |
|         ) | |
| WYETH, LLC, *et al.*,        ) | |
|     Defendants.        ) | |

## JUDGMENT

This matter is before the Court on the Order of dismissal with prejudice of Plaintiff's claims against Defendants Wyeth, LLC, Wyeth Pharmaceuticals, Inc. and Pfizer, Inc. (Docs. 57, 62); the Rule 54(b) and 58(d) "Motion for Entry of Final Judgment Dismissing All Claims Asserted by the Plaintiff," as filed by Defendants Wyeth, LLC, Wyeth Pharmaceuticals, Inc. and Pfizer, Inc. (Doc. 67); and Plaintiff's Response thereto indicating no opposition to entry of such judgment, but only as to Defendants Wyeth, LLC, Wyeth Pharmaceuticals, Inc., Pfizer, Inc. and Schwarz Pharma, Inc. (Doc. 70). As such, upon the Court's determination that there is no just reason for delay, *see* Fed.R.Civ.P 54(b), it is **ORDERED** that the Defendants' motion for entry of final judgment (Doc. 67) is **GRANTED** as follows. It is **ORDERED, ADJUDGED** and **DECREED** that a **FINAL JUDGMENT** of **DISMISSAL** is hereby entered, dismissing all of the Plaintiff's claims against Defendant Wyeth, LLC, Defendant Wyeth Pharmaceuticals, Inc., Defendant Pfizer, Inc., and Defendant Schwarz Pharma, Inc.[1]

**DONE** and **ORDERED** this the **3rd** day of **April 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 This Rule 54(b) Judgment does not apply to Plaintiff's claims against Defendant Northstar RX, LLC and/or any other claims as to other defendants not specifically referenced in this Judgment.